RUSSELL ALLYN, Respondent, *v.* MARY A. THURSTON, Appellant.

THE SAME, Respondent, *v.* THE SAME, Appellant.

(Argued June 2, 1873; decided June 10, 1873.)

THESE actions were brought by plaintiff as a judgment creditor of Willets & Thurston (said Thurston being the husband of defendant), to reach certain real estate which the complaints alleged was procured by said Thurston to be deeded to his wife, she giving a bond and mortgage for the purchase money, which Thurston subsequently paid, the same being done with intent to defraud Thurston's creditors. The complaint did not aver the issuing of execution upon plaintiff's judgments.

Defendant demurred for defect of parties, and that complaint did not state facts constituting a cause of action.

The court below overruled the demurrer. *Held*, error; decided upon the authority of the *Ocean National Bank* v. *Olcott* (46 N. Y., 12).

*W. F. Cogswell* for the appellant.

*Oscar Craig* for the respondent.

Per CURIAM, opinion for reversal.
All concur.
Judgment reversed.